No. 75–567.  OREGON EX REL. STATE LAND BOARD *v.* CORVALLIS SAND & GRAVEL CO.; and

No. 75–577.  CORVALLIS SAND & GRAVEL CO. *v.* OREGON EX REL. STATE LAND BOARD.  Sup. Ct. Ore.  [Certiorari granted, 423 U. S. 1048.]  Motion of Corvallis Sand & Gravel Co. et al. for additional time for oral argument denied.  Motion of Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 75–616.  VILLAGE OF ARLINGTON HEIGHTS ET AL. *v.* METROPOLITAN HOUSING DEVELOPMENT CORP. ET AL.  C. A. 7th Cir.  [Certiorari granted, 423 U. S. 1030.]  Motions of League of Women Voters of the United States et al. and American Society of Planning Officials for leave to file briefs as *amici curiae* granted.  MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 75–929.  ESTELLE, CORRECTIONS DIRECTOR, ET AL. *v.* GAMBLE.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 907.]  Motion of Attorney General of Texas to permit Bert W. Pluymen, Esquire, to argue *pro hac vice* on behalf of petitioners granted.

No. 75–6211.  SANDERS *v.* GAGNON, WARDEN;

No. 75–6218.  ASHINSKY *v.* UNITED STATES; and

No. 75–6262.  MILLETICH *v.* REES, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–6057.  PROFFITT *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT;

No. 75–6103.  WHIPPLE *v.* UNITED STATES; and

No. 75–6183.  SPEED *v.* JOHNSON, U. S. ATTORNEY.  Motions for leave to file petitions for writs of mandamus denied.